

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2014

No. 04-14-00531-CV

**IN THE INTEREST OF RVM, ET AL.**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01410
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights.  The clerk's record has been filed.  However, one of the three reporter's records, which were originally due on August 4, 2014, has not yet been filed.  Mr. David R. Zarate is one of the court reporters responsible for preparing, certifying, and filing the reporter's records in this appeal.

Texas Rule of Appellate Procedure 35.1(b) requires a court reporter to file a reporter's record in an accelerated appeal within ten days. TEX. R. APP. P. 35.1(b). Further, with regard to parental termination accelerated appeals, Rule 28.4(b)(2) states that while we may grant the court reporter an extension of time, "the extension or extensions granted must not exceed 30 days cumulatively, absent extraordinary circumstances." TEX. R. APP. P. 28.4(b)(2).

On August 20, 2014, this court ordered Mr. Zarate to file his portion of the reporter's record in this appeal no later than September 1, 2014.  On September 2, 2014, Mr. Zarate filed a Notification of Late Record stating he was prevented from timely filing the record because of "Daily Docket and numerous other records and appeals."  Mr. Zarate stated he "hopefully" could file the record by September 15, 2014.

Mr. Zarate's reason for not timely filing his portion of the record—which he states is only 215 pages—is inadequate.  Although we understand there are competing demands on a court reporter's time, these demands do not constitute extraordinary circumstances and cannot justify lengthy delays in filing the record and potential prejudice to appellant's rights.  Nevertheless, Mr. Zarate will be granted <u>one final extension of time until September 15, 2014</u>.  If Mr. Zarate does not file his portion of the record by September 15, 2014, we will order him to appear before this court and show cause why he should not be held in contempt.  **No further extensions of time will be granted.**

Because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the Honorable Charles E. Montemayor.  *See* TEX. R. APP. P. 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court